IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

**FILED**

MAR 22 2018

Clerk, U.S Courts
District Of Montana
Missoula Division

| In the Matter of the Search of: | MJ 17-67-M-JCL |
|---|---|
| Account of Facebook user name: https://www.facebook.com/kwallmenitch | ORDER |

The warrant in the above-entitled matter having been executed and returned - together with a copy of the certified inventory of the property seized - to the undersigned, the Clerk of Court is directed to file the same.

IT IS SO ORDERED.

DATED this 22nd day of March, 2018.

Jeremiah C. Lynch
United States Magistrate Judge

1